IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

WILLIE HALL,

    Plaintiff,

v.

CHIQUITA PAULK,

    Defendant.

CIVIL ACTION NO.: CV514-054

## ORDER

In an Order dated July 28, 2014, Plaintiff was advised of the changes in procedures for filing and litigating prisoner civil rights suits brought about by the Prison Litigation Reform Act. Plaintiff was given until August 27, 2014, to notify the Court in writing as to whether, in light of the Prison Litigation Reform Act, he desired that his complaint be considered by the Court. Plaintiff was instructed to sign and return the Consent to Collection of Fees from his Trust Account and the Prisoner Trust Fund Account Statement. The Court has received Plaintiff's trust account statement; however, Plaintiff has not returned the Consent. As previously advised, Plaintiff must sign and return this Consent. Plaintiff is allowed fourteen days from the date of this Order to sign and return the Consent attached to this Order. Plaintiff's failure to comply with this Order will result in the dismissal of this action.

**SO ORDERED**, this 9th day of September, 2014.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

WILLIE HALL,

    Plaintiff,

v.

CHIQUITA PAULK,

    Defendants.

CIVIL ACTION NO.: CV514-054

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

As a condition to proceeding with this lawsuit, I hereby consent for the appropriate prison officials to withhold from my prison account and pay to the Court an initial partial filing fee equal to 20 percent of the greater of

    (a)    the average monthly deposits to my account, or

    (b)    the average monthly balance in my account

for the six-month period immediately preceding the filing of my complaint. I understand that I may not withdraw any monies from my account until this initial payment has been paid.

After the payment of any initial partial filing fee, I further consent for the appropriate prison officials to collect from my account on a continuing basis each month an amount equal to 20 percent of all deposits credited to my account during the preceding month. Each time the set aside amount reaches $10.00, the trust officer shall forward the payment to the Clerk's office, United States District Court, until such time as the $350.00 filing fee is paid in full. In the event that I file a Notice of Appeal, I also give my consent for the appropriate prison officials to similarly collect from my account the applicable appellate court filing fee.

By executing this document, I also authorize collection on a continuing basis of any additional costs which may be imposed by the Court.

Date: _____    Plaintiff's Signature: _____

                                Plaintiff's Prison No.: _____