# In the United States District Court
## For the Southern District of Georgia
## Waycross Division

WILLIE HALL,                          *
                                      *
      Plaintiff,          *          CIVIL ACTION NO.: 5:14-cv-54
                                      *
  v.                               *
                                      *
CHIQUITA PAULK,                       *
                                      *
                                      *
      Defendant.          *

## O R D E R

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's February 23, 2016, Report and Recommendation, dkt. no. 35, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma* pauperis. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

SO ORDERED, this ___10___ day of ___May___, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA